1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JERRY D. SIGMAN,

11          Petitioner,                No. 2:12-cv-0854 EFB P

12      vs.

13   BARNES,

14          Respondent.            ORDER

15   _____/

16       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to

17   28 U.S.C. § 2254.  On July 23, 2012, petitioner requested an extension of time to file an

18   opposition to respondent's motion to dismiss.  *See* Fed. R. Civ. P. 6(b).

19       Good cause appearing, it is ORDERED that petitioner's July 23, 2012 motion is granted

20   and petitioner has 45 days from the date this order is served to file an opposition to respondent's

21   motion to dismiss.

22   Dated:  July 31, 2012.

23                        _____
                            EDMUND F. BRENNAN
24                          UNITED STATES MAGISTRATE JUDGE

25

26