IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY D. SIGMAN,

      Petitioner,                  No. 2:12-cv-0854 EFB P

    vs.

BARNES,

      Respondent.            <u>ORDER</u>

_____/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 23, 2012, petitioner requested an extension of time to file an opposition to respondent's motion to dismiss. *See* Fed. R. Civ. P. 6(b).

      Good cause appearing, it is ORDERED that petitioner's July 23, 2012 motion is granted and petitioner has 45 days from the date this order is served to file an opposition to respondent's motion to dismiss.

Dated: July 31, 2012.

                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE