IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY D. SIGMAN,

      Petitioner,               No. 2:12-cv-0854 EFB P

   vs.

BARNES,

      Respondent.          ORDER

_____/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 10, 2012, in his opposition to respondent's motion to dismiss, petitioner requested that the court appoint counsel. Dckt. No. 15. There currently exists no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). The court may appoint counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing § 2254 Cases. The court does not find that the interests of justice would be served by the appointment of counsel at this stage of the proceedings.

      Petitioner has also filed a motion for an extension of time to file an unauthorized surreply. Dckt. No. 17. As a surreply is neither contemplated by the Federal Rules of Civil Procedure nor the Local Rules, petitioner's motion will be denied.

1

Accordingly, it hereby is ORDERED that:

1. Petitioner's request for appointment of counsel, Dckt. No. 15, is denied without prejudice; and

2. Petitioner's motion for an extension of time to file a surreply, Dckt. No. 17, is denied.

Dated: November 1, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE